```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

WALTER F. SCOTT,                       )
                                       )
        Plaintiff,                )
                                       )
   v.                                  )     No. 4:06-CV-577-CAS
                                       )
CITY OF VELDA CITY POLICE DEPARTMENT,  )
et al.,                                )
                                       )
        Defendants.               )

## ORDER AND MEMORANDUM

This matter is before the Court upon the application of Walter F. Scott for leave to commence this action without payment of the required filing fee. See 28 U.S.C. § 1915(a). Plaintiff has submitted a partially completed financial affidavit CJA Form 23 [Doc. #2] in support of his application for in forma pauperis status. See Local Rule 2.05(A). Plaintiff has failed to state if he has any cash on hand or money in a savings or checking account, and if he does, the amount(s) thereof. In addition, plaintiff has failed to state the source of the "other income" he indicates he has received in the past year. As such, the Court is unable to determine, at this time, whether plaintiff is financially unable to pay the filing fee. See 28 U.S.C. § 1915(a), Local Rule 2.05(A).

Accordingly,

**IT IS HEREBY ORDERED** that, in addition to a copy of this Order, the Clerk of Court shall provide plaintiff with CJA Form 23

(financial affidavit).

**IT IS FURTHER ORDERED** that plaintiff shall have twenty (20) days from the date of this Order to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that the Court will dismiss this case, without prejudice, if, within twenty (20) days, plaintiff fails to pay the filing fee or to submit a fully completed CJA Form 23.

**IT IS FURTHER ORDERED** that if plaintiff complies with this Order, the Clerk of Court shall cause this case to be resubmitted to the undersigned for review under 28 U.S.C. § 1915(a), (d).[1]

Dated this 17th day of April, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that if plaintiff pays the filing fee, he will be responsible for serving the summons and the complaint upon the defendants. See Fed. R. Civ. P. 4(d). Service must be made within 120 days of the filing of the complaint (in the instant case, within 120 days of the payment of the filing fee). See Fed. R. Civ. P. 4(m).